AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 25-MJ-472-ALM | 8-12-2025 2:45P | Christian Rafford |

Inventory made in the presence of: Christian Rafford

Inventory of the property taken and name of any person(s) seized:

- Apple Watch ultra (49mm)
- Lexar Micro SD card 32GB
- 1 Grand Power ammunition Magazine in package
- 2 Ruger LC9 9mm (10) rd. Magazines for Rug. 17

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8-12-2025

_Executing officer's signature_

_Printed name and title_